UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
04-20065 CR-SEITZ

UNITED STATES OF AMERICA,

-vs-

CESAR AUGUSTO MANTILLA CHAVEZ,

Defendant.
_____/

## MOTION TO REDUCE SENTENCE
## PURSUANT TO 5K.1.1 of U.S.S.G.

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this motion to reduce Defendant Cesar Augusto Mantilla Chavez's sentence pursuant to 5K.1.1 of U.S.S.G., based upon his substantial assistance in the prosecution of another persons who have committed an offense. The United States is requesting a 20% reduction in the defendant's current sentence. The basis of this motion will be articulated in further detail at the sentencing hearing.

Respectfully submitted,

ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
JOSEPH A. COOLEY
Assistant United States Attorney
Florida Bar No.0966460
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9405
Fax: (305) 536-7213
Joseph.A.Cooely@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of May 2006, I caused a true and correct copy of the foregoing pleading to be delivered via fax: Stephen J. Golembe, Esquire, counsel of record for the defendant.

_____
JOSEPH A. COOLEY
ASSISTANT U.S. ATTORNEY