UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20065-CR-SEITZ(s)

UNITED STATES OF AMERICA

vs.

CARLOS ZULUAGA-OCHOA,

       **Defendant,**

_____/

## MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)

On October 8, 2010, this Court entered an Judgment and Commitment Order in the above-styled case sentencing Defendant Carlos Zuluaga-Ochoa to a term of incarceration of 135 months. Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, the United States of America, by and through the undersigned Assistant United States Attorney, hereby respectfully moves for a forty percent (40%) reduction in the Defendant's sentences in order to reflect his substantial assistance in the prosecution of another individual. A forty-percent reduction would result in a sentence of 81 months.

The Government also moves this Court to set a hearing on its motion. An attorney for the Government will outline the nature and quality of the defendant's substantial assistance at said hearing.

The undersigned has communicated with Defendant's counsel, who has authorized the undersigned to represent that the Defendant does not oppose the motion to reduce the sentence but would like to reserve the opportunity to seek a higher reduction than that sought by the Government. Defendant's counsel also seeks to have the Defendant present at a subsequent hearing on the

Government's motion.

                                            Respectfully submitted,

                                            WIFREDO A. FERRER
                                            UNITED STATES ATTORNEY

                                By:  /s/  Adam S. Fels
                                            ADAM S. FELS
                                            Assistant United States Attorney
                                            Court Identification No. A5501040
                                            99 Northeast 4th Street
                                            Miami, Florida 33132-2111
                                            Tel: (305) 961-9325, Fax: (305) 536-7213
                                            Email: adam.fels@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                            s/ Adam S. Fels
                                            ADAM S. FELS
                                            ASSISTANT UNITED STATES ATTORNEY