CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 04-20065     Date 2/23/12
Clerk Linda Webb     Reporter David Ehrlich
USPO Ric Garcia     Interpreter —
USPTS _____     In-Court Time 35

AUSA Adam Fels
Def. Atty. Lawrence Hashish

USA v. Carlos Zuluaga-Ochoa

Defendant(s): Present ___   Not Present X   In Custody ___
Reason for Hearing Rule 35 motion

Results of Hearing Motion granted to 65 months.

Misc.