UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20065-CR-SEITZ(s)

UNITED STATES OF AMERICA

vs.

GABRIEL ZUNIGA,

    Defendant.

_____/

MOTION FOR REDUCTION OF SENTENCE PURSUANT
TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)

    On May 8, 2006, this Court sentenced Defendant Gabriel ZUNIGA (hereinafter "ZUNIGA") to three concurrent 240-month terms of incarceration. Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, the United States of America, by and through the undersigned Assistant United States Attorney, hereby moves for a forty-five percent (45%) reduction in ZUNIGA's sentence in order to reflect his substantial assistance in the prosecution of other individuals. Such a reduction would result in a revised sentence of 132 months' incarceration. The Government will set forth the basis for its motion in a memorandum filed under separate cover.

    Pursuant to Rule 88.9 of the Local Rules, the undersigned has conferred with ZUNIGA's counsel. Louis Casuso, Esq., who has authorized the undersigned to represent that there is no

objection to the motion.

                                            Respectfully submitted,

                                            WIFREDO A. FERRER
                                            UNITED STATES ATTORNEY

By:    /s Adam S Fels
        ADAM S. FELS
        Assistant United States Attorney
        Court ID No. A5501040
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9325
        Fax: (305) 536-7213

### **CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2013, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                            s/   Adam S. Fels
                                            Assistant United States Attorney